**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et
al.,

|  |  |
|---|---|
| Petitioners, | 21 **CIVIL** 1336 (JHR) |
| -against- | **JUDGMENT** |
| MEGRANT CORP., | |
| Respondent. | |

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 30, 2026, Petitioners' unopposed Petition to

confirm the Award is GRANTED. Judgment is hereby entered in favor of Petitioners, consisting

of (i) the arbitration award of $339,914.62, plus pre-judgment interest in the amount of $92,894.47

calculated at 5.25% per annum from November 21, 2020 through entry of this Judgment; (ii)

$1,100.00 in attorneys' fees and $75.00 in costs related to bringing this action; and (iii) post-

judgment interest on the entire amount of the judgment, which shall accrue at the statutory rate

pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
      February 3, 2026

**TAMMI M. HELLWIG**
_____
         **Clerk of Court**

BY: _____
         **Deputy Clerk**